[No. 7199–8–I.   Division One.   May 12, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN STEWART DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85671, Stephen M. Reilly, J., entered November 22, 1978. *Affirmed* by unpublished opinion per

James, A.C.J., concurred in by Ringold and Durham–Divelbiss, JJ.